1  LAW OFFICES OF STEPHEN M. MURPHY
2  STEVEN M. MURPHY (SBN 103768)
   180 Montgomery Ste. 940
3  San Francisco, CA 94104
   Tel: (415) 986.1338
4  Fax:(415) 986-1231
5
   Attorneys for Plaintiff
6  JEREMIAH PEDRAZZI
7

FILED

OCT 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
SEP 2 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8
9
                UNITED STATES DISTRICT COURT
10
             NORTHERN DISTRICT OF CALIFORNIA
11

C 06 - 2393 RMW

12
13  JEREMIAH PEDRAZZI                    )
14                                       )
                                         )
15              Plaintiff                )
16  v.                                   )     PLAINTIFF'S NOTICE RE:
                                         )     SUBSTITUTION OF ATTORNEY
17                                       )     AND ORDER THERON
    FEDEX CORPORATION; FEDEX             )
18  GROUND PACKAGE SYSTEM,               )
    INC.;FEDEX FREIGHT SYSTEM,           )     Hon. Ronald M. Whyte
19  INC.; FEDEX FREIGHT WEST,INC.;)
20  FEDEXLENDINGCORPORATION;             )     Courtroom 6, 4th Floor, San Jose
    FEDEXLOANSCORPORATION; FEDEX         )
21  PEAK EMPLOYEE SERVICES, INC.;  )
22  FEDEX SUPPLY CHAIN SERVICES,
    INC.;SCOTT CARPENTER, and       )
23  DOES 1 through 50, inclusive,       )
24                                       )
25              Defendants.              )
                                         )
26  _____       )
27
28      No. C 06-02393RMW               )

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that Plaintiff JEREMIAH PEDRAZZI makes the

3  following substitution:

4        1. Former legal representative:

Charles Swanston, Esq.
Fitzpatrick Spini & Swanston
838 South Main Street, Suite E
Salinas, CA 93901
TELEPHONE: (831) 755-1311

5

6

7        2. New legal representatives:

Stephen M. Murphy, Esq.
Law Offices of Stephen M. Murphy
180 Montgomery Street, Suite 940
San Francisco, CA 94104
TELEPHONE: (415) 986-1338
FAX: (415) 986-1231
Email: smurphy@justice.com

8

9

10

11

Tania Rose, Esq.
Law Offices of Tania Rose
180 Montgomery Street, Suite 940
San Francisco, CA 94104
TELEPHONE: (415) 986-1338
FAX: (415) 986-1231
Email: taniarose@igc.org

12

13

14

15        3. I consent to this substitution.

16        Dated: June _____, 2006

17                                                  JEREMIAH PEDRAZZI
                                                   Plaintiff

18        4. I consent to this substitution.

19        Dated: June _____, 2006

20                                                  CHARLES SWANSTON, ESQ.

21        5. I consent to this substitution.

22        Dated: ~~June~~ Aug. 14, 2006

23                                                  STEPHEN M. MURPHY, ESQ.
                                                   Co-Counsel for Plaintiff

24                                                  JEREMIAH PEDRAZZI

25        6. I consent to this substitution.

26        Dated: ~~June~~ Aug 13, 2006

                                                   TANIA ROSE, ESQ.
27                                                  Co-Counsel for Plaintiff
                                                   JEREMIAH PEDRAZZI

28

PLAINTIFF'S NOTICE OF SUBSTITUTION OF ATTORNEY
AND ORDER THEREON                                    - 2 -

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE that Plaintiff JEREMIAH PEDRAZZI makes the

3   following substitution:

4       1. Former legal representative:        Charles Swanston, Esq.
                                                Fitzpatrick Spini & Swanston
5                                               838 South Main Street, Suite E
                                                Salinas, CA 93901
6                                               TELEPHONE: (831) 755-1311

7       2. New legal representatives:          Stephen M. Murphy, Esq.
                                                Law Offices of Stephen M. Murphy
8                                               180 Montgomery Street, Suite 940
                                                San Francisco, CA 94104
9                                               TELEPHONE: (415) 986-1338
                                                FAX: (415) 986-1231
10                                              Email: smurphy@justice.com

11                                              Tania Rose, Esq.
                                                Law Offices of Tania Rose
12                                              180 Montgomery Street, Suite 940
                                                San Francisco, CA 94104
13                                              TELEPHONE: (415) 986-1338
                                                FAX: (415) 986-1231
14                                              Email: taniarose@igc.org

15      3. I consent to this substitution.

16          Dated: June _____, 2006

17                                              JEREMIAH PEDRAZZI
                                                Plaintiff
18      4. I consent to this substitution.

19          Dated: June 15, 2006

20                                              CHARLES SWANSTON, ESQ.

21      5. I consent to this substitution.

22          Dated: June _____, 2006

23                                              STEPHEN M. MURPHY, ESQ.
                                                Co-Counsel for Plaintiff
24                                              JEREMIAH PEDRAZZI

25      6. I consent to this substitution.

26          Dated: June _____, 2006

27                                              TANIA ROSE, ESQ.
                                                Co-Counsel for Plaintiff
28                                              JEREMIAH PEDRAZZI

PLAINTIFF'S NOTICE OF SUBSTITUTION OF ATTORNEY
AND ORDER THEREON                    - 2 -

08/19/2006  12:36   9184552168              MAIL BOXES ETC                    PAGE  01/01
FROM :LAW OFFICE    Case 5:06-cv-02393-RMW   Document 9   Filed 10/24/06   Page 4 of 5
                    FAX NO. :4159861231                   Aug. 17 2006 01:35PM  P1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that Plaintiff JEREMIAH PEDRAZZI makes the

3  following substitution:

4      1. Former legal representative:        Charles Swanston, Esq.
                                             Fitzpatrick Spini & Swanston
5                                            838 South Main Street, Suite E
                                             Salinas, CA 93901
6                                            TELEPHONE: (831) 755-1311

7      2. New legal representatives:          Stephen M. Murphy, Esq.
                                             Law Offices of Stephen M. Murphy
8                                            180 Montgomery Street, Suite 940
                                             San Francisco, CA 94104
9                                            TELEPHONE: (415) 986-1338
                                             FAX: (415) 986-1231
10                                           Email: smurphy@justice.com

11                                           Tania Rose, Esq.
                                             Law Offices of Tania Rose
12                                           180 Montgomery Street, Suite 940
                                             San Francisco, CA 94104
13                                           TELEPHONE: (415) 986-1338
                                             FAX: (415) 986-1231
14                                           Email: taniarose@igc.org

15     3. I consent to this substitution.

16        Dated: June 19, 2006              _____
                                             JEREMIAH PEDRAZZI
17                                           Plaintiff

18     4. I consent to this substitution.

19        Dated: June ____, 2006

20                                           CHARLES SWANSTON, ESQ.

21     5. I consent to this substitution.

22        Dated: Aug 14, 2006               _____
                                             STEPHEN M. MURPHY, ESQ.
23                                           Co-Counsel for Plaintiff
                                             JEREMIAH PEDRAZZI
24

25     6. I consent to this substitution.
          Dated: Aug 15, 2006               _____
26                                           TANIA ROSE, ESQ.
                                             Co-Counsel for Plaintiff
27                                           JEREMIAH PEDRAZZI

28

PLAINTIFF'S NOTICE OF SUBSTITUTION OF ATTORNEY
AND ORDER THEREON                    - 2 -

1  IT IS SO ORDERED.

2  Dated: _10/24/06_

Ronald M. Whyte

Hon. RONALD M. WHYTE
United States District Judge