| | |
|---|---|
| 1 | CAROLYN KUBOTA (S.B. #113660) |
| | ckubota@omm.com |
| 2 | SCOTT M. VOELZ (S.B. #181415) |
| | svoelz@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 4 | Los Angeles, California  90071 |
| | Telephone:  (213) 430-6000 |
| 5 | Facsimile:  (213) 430-6407 |
| 6 | SUSANNAH K. HOWARD (S.B. #291326) |
| | O'MELVENY & MYERS LLP |
| 7 | Two Embarcadero Center, 28th Floor |
| | San Francisco, CA  94111-3823 |
| 8 | Telephone:    (415) 984-8976 |
| | Facsimile:     (415) 984-8701 |
| 9 | showard@omm.com |
| 10 | Attorneys for Defendant |
| | FedEx Ground Package System, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMIAH PEDRAZZI, | Case No. 5:06-cv-02393-RMW |
| Plaintiff, | **[] ORDER GRANTING JOINT STIPULATION UNDER LOCAL RULE 6-2(A) EXTENDING THE PARTIES' TIME TO COMPLETE EXPERT DISCOVERY** |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | |
| Defendant. | |

1  Good cause having been shown by the parties' Stipulation,

2      IT IS ORDERED that the parties will have until July 11, 2014 to complete expert

3  discovery.

4      DATED Jun{ __Ì__, 2014

5

6

7  _____

    THE HONORABLE RONALD M. WHYTE

8      United States District Judge

- 1 -

[] ORDER GRANTING JOINT STIP.
REQUESTING AN ORDER EXTENDING TIME
TO COMPLETE EXPERT DISCOVERY
CASE NO. 5:06-cv-02393-RMW