1  CAROLYN KUBOTA (S.B. #113660)
   ckubota@omm.com
2  SCOTT M. VOELZ (S.B. #181415)
   svoelz@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, California  90071
   Telephone:  (213) 430-6000
5  Facsimile:  (213) 430-6407

6  SUSANNAH K. HOWARD (S.B. #291326)
   O'MELVENY & MYERS LLP
7  Two Embarcadero Center, 28th Floor
   San Francisco, CA  94111-3823
8  Telephone:     (415) 984-8976
   Facsimile:     (415) 984-8701
9  showard@omm.com

10 Attorneys for Defendant
   FedEx Ground Package System, Inc.
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH PEDRAZZI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>　　　　　　Defendant. | Case No. 5:06-cv-02393-RMW<br><br>**[] ORDER GRANTING STIPULATION OF DISMISSAL** |

1  Pursuant to the parties' Stipulation,

2      IT IS HEREBY ORDERED that all claims asserted by Plaintiff Jeremiah Pedrazzi

3  ("Pedrazzi") against Defendant FedEx Ground Package System, Inc. in this action are dismissed

4  with prejudice.

5

6      IT IS FURTHER ORDERED THAT Pedrazzi and FXG each shall each bear their own

7  costs and attorneys' fees.

8

9      DATED Cwi wuv'36, 2014

10

11

12  _____
    THE HONORABLE RONALD M. WHYTE
    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28